EATERY CLASS                                                                                                                                              PAGE 1

| CLAIMANT | JOB DESCRIPTION | EMPLOYMENT FROM | DATES TO | PLAN OF ALLOCATION DESIGNATION | RELEVANT TIME PERIOD WORKED HRS | FLSA TIME PERIOD WORKED HRS | NYLL TIME PERIOD WORKED HRS | PAY RATE PER WEEK | AMOUNT OF FLSA DISTRIBUTION | AMOUNT OF NYLL DISTRIBUTION | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, EDGAR F | BUSPEOPLE | 09/20/2001 | 04/09/2008 | B | 194.2 | 16.6 | 177.3 | $15.00 | $492.86 | $3,325.18 | $3,818.04 |
| ALBAR, RACHID | KITCHEN | 02/20/2012 | 03/12/2012 | C | 3.1 | 3.1 | 0 | $33.75 | $207.32 | $0.00 | $207.32 |
| ATRISCO, ALFREDO | KITCHEN | 06/07/2004 | 08/03/2009 | C | 263 | 85.4 | 177.3 | $33.75 | $5,756.79 | $7,481.65 | $13,238.44 |
| BAMBA, NOUHAN | KITCHEN | 05/09/2011 | 05/23/2011 | C | 2.1 | 2.1 | 0 | $33.75 | $139.82 | $0.00 | $139.82 |
| BARRAGAN, SANTIAGO | DELIVERY | 10/22/2007 | 02/08/2010 | C | 120.1 | 112.4 | 7.4 | $33.75 | $7,579.29 | $314.60 | $7,893.89 |
| BUSH, ISAAC M | SERVERS | 06/27/2011 | | A | 42.5 | 42.5 | 0 | $11.62 | $984.38 | $0.00 | $984.38 |
| CAMPOS, ANGEL | RUNNERS | 08/30/2011 | | B | 33.4 | 33.4 | 0 | $15.00 | $998.57 | $0.00 | $998.57 |
| CAMPOVERDE, ANDRES | KITCHEN | 06/07/2006 | 05/04/2010 | C | 204 | 124.5 | 79.2 | $33.75 | $8,394.11 | $3,342.46 | $11,736.57 |
| CASTRO, DELMER | DELIVERY | 05/02/2011 | 12/25/2011 | C | 34 | 34 | 0 | $33.75 | $2,295.00 | $0.00 | $2,295.00 |
| CHITIC, MARIO | BUSPEOPLE | 11/15/2010 | | B | 74.5 | 74.5 | 0 | $15.00 | $2,230.71 | $0.00 | $2,230.71 |
| CHORY, TARYN A | SERVERS | 06/02/2008 | 10/07/2008 | A | 18.2 | 18.2 | 0 | $11.62 | $421.64 | $0.00 | $421.64 |
| CONSILVIO, CARA M | SERVERS | 02/21/2005 | 06/07/2006 | A | 67.3 | 0 | 67.3 | $11.62 | $0.00 | $978.16 | $978.16 |
| CORNEJO, KATHERINE Y | SERVERS | 07/12/2006 | 09/06/2006 | A | 8.1 | 0 | 8.1 | $11.62 | $0.00 | $117.86 | $117.86 |
| COSTA, ANDRE | SERVERS | 06/01/2009 | 11/21/2011 | A | 129.1 | 129.1 | 0 | $11.62 | $2,999.62 | $0.00 | $2,999.62 |
| CROSS, JOHN A | KITCHEN | 10/17/2011 | 11/22/2011 | C | 5.2 | 5.2 | 0 | $33.75 | $347.14 | $0.00 | $347.14 |
| CRUZ, ALBERTO | RUNNERS | 12/10/2007 | | B | 227.5 | 227.1 | 0.4 | $15.00 | $6,812.14 | $8.57 | $6,820.71 |
| DARBOUZE, JESMILLE | SERVERS | 09/16/2008 | 01/12/2009 | A | 17 | 17 | 0 | $11.62 | $395.08 | $0.00 | $395.08 |
| DAVIES, JEFFREY T | BAR | 06/21/2006 | 02/12/2012 | A | 294.5 | 217.3 | 77.2 | $11.62 | $5,048.06 | $1,121.74 | $6,169.80 |
| DOERSCHLAG, MATTHEW | SERVERS | 11/13/2000 | 03/14/2006 | A | 86.1 | 0 | 86.1 | $11.62 | $0.00 | $1,250.81 | $1,250.81 |
| DOMINGUEZ, LEOPOLDO | KITCHEN | 03/14/2006 | | C | 318.4 | 227.1 | 91.3 | $33.75 | $15,327.32 | $3,853.53 | $19,180.85 |
| DUKULY, MOEIMA | HOST | 11/20/2011 | 04/01/2012 | C | 19.1 | 19.1 | 0 | $33.75 | $1,287.32 | $0.00 | $1,287.32 |
| ESPINOZA, LUIS M | KITCHEN | 07/05/2004 | | C | 404.4 | 227.1 | 177.3 | $33.75 | $15,327.32 | $7,481.65 | $22,808.97 |
| ESPINOZA, PEDRO | DELIVERY | 02/04/2008 | 09/03/2008 | C | 30.3 | 30.3 | 0 | $33.75 | $2,039.46 | $0.00 | $2,039.46 |
| FINNEGAN, SARA | SERVERS | 06/14/2010 | 10/21/2011 | A | 70.5 | 70.5 | 0 | $11.62 | $1,635.10 | $0.00 | $1,635.10 |
| GASPER, EUTIQUIO | KITCHEN | 02/12/2007 | 10/01/2007 | C | 33.1 | 0 | 33.1 | $33.75 | $0.00 | $1,397.01 | $1,397.01 |
| GINGUE, COREY R | SERVERS | 11/14/2005 | 09/06/2006 | A | 42.3 | 0 | 42.3 | $11.62 | $0.00 | $615.03 | $615.03 |
| GODOY, BLADIMIR | DELIVERY | 05/16/2011 | 03/05/2012 | C | 42.1 | 42.1 | 0 | $33.75 | $2,839.82 | $0.00 | $2,839.82 |
| GRANT, GLENNA M | SERVERS | 06/08/2009 | 11/01/2010 | A | 73.1 | 73.1 | 0 | $11.62 | $1,698.18 | $0.00 | $1,698.18 |
| GUERRERO, ANTHONY J | SERVERS | 02/06/2012 | 04/16/2012 | A | 10.1 | 10.1 | 0 | $11.62 | $234.06 | $0.00 | $234.06 |

EATERY CLASS                                                                                                                                                         PAGE 2

| CLAIMANT | JOB DESCRIPTION | EMPLOYMENT FROM | DATES TO | PLAN OF ALLOCATION DESIGNATION | RELEVANT TIME PERIOD WORKED HRS | FLSA TIME PERIOD WORKED HRS | NYLL TIME PERIOD WORKED HRS | PAY RATE PER WEEK | AMOUNT OF FLSA DISTRIBUTION | AMOUNT OF NYLL DISTRIBUTION | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GUZMAN, SEBASTIAN | DELIVERY | 03/26/2012 | 04/01/2012 | C | 1 | 1 | 0 | $33.75 | $67.50 | $0.00 | $67.50 |
| HERNANDEZ, EDWARD | DELIVERY | 01/17/2011 | 01/31/2011 | C | 2.1 | 2.1 | 0 | $33.75 | $139.82 | $0.00 | $139.82 |
| HERNANDEZ, HUMBERTO | KITCHEN | 04/01/2008 | 07/18/2011 | C | 172 | 172 | 0 | $33.75 | $11,610.00 | $0.00 | $11,610.00 |
| HETRICK, ADAM | SERVERS | 09/23/2002 | 08/24/2006 | A | 109.3 | 0 | 109.3 | $11.62 | $0.00 | $1,588.20 | $1,588.20 |
| HIGGINBOTHAM, KENNETH S | HOST | 04/14/2008 | 03/01/2009 | C | 46 | 46 | 0 | $33.75 | $3,105.00 | $0.00 | $3,105.00 |
| HOLDER, ANDREW R | HOST | 02/21/2012 | 02/27/2012 | C | 1 | 1 | 0 | $33.75 | $67.50 | $0.00 | $67.50 |
| HUBBARD, KEDRICK D | SERVERS | 02/06/2006 | 03/29/2006 | A | 7.3 | 0 | 7.3 | $11.62 | $0.00 | $106.66 | $106.66 |
| HUNT, SCOTT A | SERVERS | 10/15/2007 | 05/17/2010 | A | 135.1 | 126.4 | 8.4 | $11.62 | $2,934.88 | $122.84 | $3,057.72 |
| JEFFERY, BRITTANY L | SERVERS | 07/01/2008 | 05/24/2010 | A | 99 | 99 | 0 | $11.62 | $2,300.76 | $0.00 | $2,300.76 |
| JOHNSON, DANRIC T | SERVERS | 10/01/2007 | 01/07/2008 | A | 14.1 | 3.4 | 10.4 | $11.62 | $76.36 | $151.89 | $228.25 |
| KELLY, KRISTEN A | HOST | 05/12/2008 | 06/02/2008 | C | 3.1 | 3.1 | 0 | $33.75 | $207.32 | $0.00 | $207.32 |
| KIM, JANE PEAL | HOST | 08/08/2011 | 01/16/2012 | C | 23.1 | 23.1 | 0 | $33.75 | $1,557.32 | $0.00 | $1,557.32 |
| KIMA, HAROUNA | KITCHEN | 12/12/2011 | 12/18/2011 | C | 1 | 1 | 0 | $33.75 | $67.50 | $0.00 | $67.50 |
| KROP, ERIC M | SERVERS | 04/12/2011 | 08/29/2011 | A | 20 | 20 | 0 | $11.62 | $464.80 | $0.00 | $464.80 |
| LANDAU, LEAH R | SERVERS | 03/03/2008 | 07/13/2009 | A | 71.1 | 71.1 | 0 | $11.62 | $1,651.70 | $0.00 | $1,651.70 |
| LESSEM, EMILY J | HOST | 07/12/2006 | 09/14/2006 | C | 9.2 | 0 | 9.2 | $33.75 | $0.00 | $389.33 | $389.33 |
| LICATA, PHOEBE J | HOST | 08/16/2010 | 05/23/2011 | C | 40.1 | 40.1 | 0 | $33.75 | $2,704.82 | $0.00 | $2,704.82 |
| LONGERO, ABIGAIL L | SERVERS | 09/16/2008 | 04/27/2009 | A | 32 | 32 | 0 | $11.62 | $743.68 | $0.00 | $743.68 |
| LOPEZ, MARCOS M | KITCHEN | 06/09/2008 | 06/25/2012 | C | 201.5 | 201.5 | 0 | $33.75 | $13,591.61 | $0.00 | $13,591.61 |
| LOPEZ, VIDAL | KITCHEN | 02/09/2009 | | C | 166.5 | 166.5 | 0 | $33.75 | $11,229.11 | $0.00 | $11,229.11 |
| LOPEZ, WILLIAM P | DELIVERY | 04/05/2006 | 08/17/2006 | C | 19.2 | 0 | 19.2 | $33.75 | $0.00 | $811.21 | $811.21 |
| MACAIONE, MICHAEL C | SERVERS | 01/02/2006 | 06/29/2006 | A | 25.4 | 0 | 25.4 | $11.62 | $0.00 | $369.76 | $369.76 |
| MANGLIS, IRENE | HOST | 08/30/2011 | 11/08/2011 | C | 10.1 | 10.1 | 0 | $33.75 | $679.82 | $0.00 | $679.82 |
| MANI, ANDRES T | DELIVERY | 01/17/2011 | 07/04/2011 | C | 24.1 | 24.1 | 0 | $33.75 | $1,624.82 | $0.00 | $1,624.82 |
| MARTINEZ, SALVADOR | BUSPEOPLE | 01/26/2004 | | B | 404.4 | 227.1 | 177.3 | $15.00 | $6,812.14 | $3,325.18 | $10,137.32 |
| MATILSKY, DARI B | HOST | 03/29/2010 | 04/18/2010 | C | 3 | 3 | 0 | $33.75 | $202.50 | $0.00 | $202.50 |
| MELENDEZ, JOSE L | DELIVERY | 04/12/2011 | 04/11/2011 | C | 0 | 0 | 0 | $33.75 | $0.00 | $0.00 | $0.00 |
| MENDOZA, RUBEN C | KITCHEN | 03/01/2010 | 03/14/2010 | C | 2 | 2 | 0 | $33.75 | $135.00 | $0.00 | $135.00 |
| MIELCAREK, LAURA L | BAR | 09/20/2010 | 02/19/2012 | A | 74 | 74 | 0 | $11.62 | $1,719.76 | $0.00 | $1,719.76 |

EATERY CLASS                                                                                                                                         PAGE 3

| CLAIMANT | JOB DESCRIPTION | EMPLOYMENT FROM | DATES TO | PLAN OF ALLOCATION DESIGNATION | RELEVANT TIME PERIOD WORKED HRS | FLSA TIME PERIOD WORKED HRS | NYLL TIME PERIOD WORKED HRS | PAY RATE PER WEEK | AMOUNT OF FLSA DISTRIBUTION | AMOUNT OF NYLL DISTRIBUTION | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTENARELLO, JOSEPH J | SERVERS | 02/23/2010 | 04/18/2011 | A | 60 | 60 | 0 | $11.62 | $1,394.40 | $0.00 | $1,394.40 |
| MORA, CUTBERTO | DELIVERY | 10/11/2010 | 10/18/2010 | C | 1.1 | 1.1 | 0 | $33.75 | $72.32 | $0.00 | $72.32 |
| MURPHY, BRIDGET K | SERVERS | 09/01/2008 | 04/12/2009 | A | 32 | 32 | 0 | $11.62 | $743.68 | $0.00 | $743.68 |
| NARBONA, RICARDO | KITCHEN | 10/14/2002 | | C | 404.4 | 227.1 | 177.3 | $33.75 | $15,327.32 | $7,481.65 | $22,808.97 |
| OFFERMAN, ELENA | SERVERS | 09/06/2010 | 03/28/2011 | A | 29.1 | 29.1 | 0 | $11.62 | $675.62 | $0.00 | $675.62 |
| ORDONEZ, JORGE | DELIVERY | 05/16/2011 | 06/05/2011 | C | 3 | 3 | 0 | $33.75 | $202.50 | $0.00 | $202.50 |
| PARRISH, JEREMY | SERVERS | 04/20/2009 | 02/08/2010 | A | 42.1 | 42.1 | 0 | $11.62 | $977.74 | $0.00 | $977.74 |
| PENA MARTINEZ, RODOLFO | KITCHEN | 07/25/2011 | | C | 38.5 | 38.5 | 0 | $33.75 | $2,589.11 | $0.00 | $2,589.11 |
| PIEDRA, JOSE | SERVERS | 03/19/2007 | 03/28/2007 | A | 1.3 | 0 | 1.3 | $11.62 | $0.00 | $19.50 | $19.50 |
| PIESCO, GINA M | BAR | 04/26/2010 | 06/05/2011 | A | 58 | 58 | 0 | $11.62 | $1,347.92 | $0.00 | $1,347.92 |
| PONCE, JAVIER R | KITCHEN | 09/20/2010 | 09/27/2010 | C | 1.1 | 1.1 | 0 | $33.75 | $72.32 | $0.00 | $72.32 |
| POWELL, ABBY A | HOST | 09/10/2007 | 11/12/2007 | C | 9.1 | 0 | 9.1 | $33.75 | $0.00 | $384.51 | $384.51 |
| RADERSTORF, MICHAEL | SERVERS | 02/22/2010 | 07/05/2010 | A | 19.1 | 19.1 | 0 | $11.62 | $443.22 | $0.00 | $443.22 |
| RAGSDALE, AVERY L | SERVERS | 08/11/2008 | 05/08/2012 | A | 192.5 | 192.5 | 0 | $11.62 | $4,470.38 | $0.00 | $4,470.38 |
| RAMIREZ, GERARDO | KITCHEN | 05/23/2011 | 10/17/2011 | C | 21.1 | 21.1 | 0 | $33.75 | $1,422.32 | $0.00 | $1,422.32 |
| RINCON-OCHOA, RAYMUNDO | RUNNERS | 09/03/2007 | | B | 241.5 | 227.1 | 14.4 | $15.00 | $6,812.14 | $271.07 | $7,083.21 |
| RINGLER, ALEXANDER J | HOST | 01/30/2012 | 03/26/2012 | C | 8.1 | 8.1 | 0 | $33.75 | $544.82 | $0.00 | $544.82 |
| ROCHA, SANTOS | DELIVERY | 04/19/2010 | | C | 104.5 | 104.5 | 0 | $33.75 | $7,044.11 | $0.00 | $7,044.11 |
| ROJEL, ILDEFONSO GARCIA | DELIVERY | 04/13/2009 | 06/21/2009 | C | 10 | 10 | 0 | $33.75 | $675.00 | $0.00 | $675.00 |
| RYAN, R. PATRICK | BAR | 08/16/2010 | | A | 87.5 | 87.5 | 0 | $11.62 | $2,030.18 | $0.00 | $2,030.18 |
| SANANGO, JOSE LUIS | RUNNERS | 03/28/2011 | 04/12/2011 | B | 2.2 | 2.2 | 0 | $15.00 | $64.29 | $0.00 | $64.29 |
| SEGALL, JEREMY C | SERVERS | 05/02/2005 | 10/19/2006 | A | 76.4 | 0 | 76.4 | $11.62 | $0.00 | $1,110.54 | $1,110.54 |
| SELMAN, KYRA L | BAR | 10/26/2009 | 08/30/2010 | A | 44.1 | 44.1 | 0 | $11.62 | $1,024.22 | $0.00 | $1,024.22 |
| SERRANO, OCTAVIO | KITCHEN | 05/19/2010 | | C | 100.3 | 100.3 | 0 | $33.75 | $6,764.46 | $0.00 | $6,764.46 |
| SIGUENCIA, RICARDO | DELIVERY | 03/21/2011 | 03/28/2011 | C | 1.1 | 1.1 | 0 | $33.75 | $72.32 | $0.00 | $72.32 |
| SIMS, CATHERINE C | HOST | 07/27/2009 | 08/17/2009 | C | 3.1 | 3.1 | 0 | $33.75 | $207.32 | $0.00 | $207.32 |
| SOLANO, JOSEPH | SERVERS | 03/31/2008 | 09/29/2008 | A | 26.1 | 26.1 | 0 | $11.62 | $605.90 | $0.00 | $605.90 |
| SOMMER, ASHLEY N | HOST | 01/16/2012 | 01/31/2012 | C | 2.2 | 2.2 | 0 | $33.75 | $144.64 | $0.00 | $144.64 |
| SONNENBERG, ADAM C | SERVERS | 06/06/2011 | | A | 45.5 | 45.5 | 0 | $11.62 | $1,054.10 | $0.00 | $1,054.10 |

EATERY CLASS

PAGE 4

| CLAIMANT | JOB DESCRIPTION | EMPLOYMENT FROM | DATES TO | PLAN OF ALLOCATION DESIGNATION | RELEVANT TIME PERIOD WORKED HRS | FLSA TIME PERIOD WORKED HRS | NYLL TIME PERIOD WORKED HRS | PAY RATE PER WEEK | AMOUNT OF FLSA DISTRIBUTION | AMOUNT OF NYLL DISTRIBUTION | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STEPHENS, RACHEL E | HOST | 01/17/2011 | 07/25/2011 | C | 27.1 | 27.1 | 0 | $33.75 | $1,827.32 | $0.00 | $1,827.32 |
| TAVERAS, PEDRO | KITCHEN | 03/31/2008 | 04/07/2008 | C | 1.1 | 1.1 | 0 | $33.75 | $72.32 | $0.00 | $72.32 |
| TISCHER, JUSTIN | SERVERS | 04/18/2006 | 09/06/2006 | A | 20.2 | 0 | 20.2 | $11.62 | $0.00 | $293.82 | $293.82 |
| TRZASKA, STEPHEN C | SERVERS | 01/04/2010 | 07/05/2010 | A | 26.1 | 26.1 | 0 | $11.62 | $605.90 | $0.00 | $605.90 |
| TULLY, DAVID | BAR | 05/11/2009 | | A | 153.5 | 153.5 | 0 | $11.62 | $3,564.02 | $0.00 | $3,564.02 |
| VANPELT, JUSTIN M | SERVERS | 10/18/2010 | 05/28/2012 | A | 78.5 | 78.5 | 0 | $11.62 | $1,821.02 | $0.00 | $1,821.02 |
| VAZQUEZ, BENITO | KITCHEN | 08/07/2007 | 05/30/2011 | C | 199 | 180.4 | 18.3 | $33.75 | $12,169.29 | $773.84 | $12,943.13 |
| VIDAL, HENRY | KITCHEN | 12/21/2006 | 12/27/2006 | C | 1 | 0 | 1 | $33.75 | $0.00 | $42.19 | $42.19 |
| VILLA-OSORIO, GERMAN J | BUSPEOPLE | 09/05/2011 | 10/17/2011 | B | 6.1 | 6.1 | 0 | $15.00 | $182.14 | $0.00 | $182.14 |
| WALSH, JENNIFER A | SERVERS | 02/22/2010 | 07/26/2010 | A | 22.1 | 22.1 | 0 | $11.62 | $512.94 | $0.00 | $512.94 |
| WOLFSON, RYAN | SERVERS | 03/31/2008 | 04/29/2008 | A | 4.2 | 4.2 | 0 | $11.62 | $96.28 | $0.00 | $96.28 |
| YOCHUM, MAX W | BUSPEOPLE | 01/24/2011 | 03/28/2011 | B | 9.1 | 9.1 | 0 | $15.00 | $272.14 | $0.00 | $272.14 |
| YODER, WILLIAM R | SERVERS | 05/09/2011 | 06/12/2011 | A | 5 | 5 | 0 | $11.62 | $116.20 | $0.00 | $116.20 |
| DOMINGUEZ ZAPATA, MATEO | KITCHEN | 01/02/2012 | | C | 15.5 | 15.5 | 0 | $33.75 | $1,036.61 | $0.00 | $1,036.61 |
| ZUNIGA, EYDEN | BUSPEOPLE | 06/15/2009 | 04/18/2010 | B | 44 | 44 | 0 | $15.00 | $1,320.00 | $0.00 | $1,320.00 |
| | | | | | 6869.3 | 5157.2 | 1712.1 | | $229,563.36 | $48,530.44 | $278,093.80 |

WHYM CLASS                                                                                                                   PAGE 1

| CLAIMANT | JOB DESCRIPTION | EMPLOYMENT FROM | DATES TO | PLAN OF ALLOCATION DESIGNATION | RELEVANT TIME PERIOD WORKED HRS | PAY RATE PER WEEK | AMOUNT OF RELEVANT PERIOD WORKED | AMOUNT OF NYLL DISTRIBUTION | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|
| ABDOULAHI, BATCHI | KITCHEN | 11/20/2007 | 03/03/2008 | F | 15 | $33.75 | $506.25 | $126.56 | $632.81 |
| AFAF, MOHCINE | KITCHEN | 08/16/2010 | 10/19/2010 | F | 9.2 | $33.75 | $313.39 | $78.35 | $391.74 |
| ANGELO, DIANA M | SERVER | 05/06/2008 | | D | 206.4 | $11.62 | $2,400.36 | $600.09 | $3,000.45 |
| ALMONTE, JUAN | KITCHEN | 01/02/2006 | 12/03/2007 | F | 100.1 | $33.75 | $3,379.82 | $844.96 | $4,224.78 |
| ASHLINE, ALEA N | KITCHEN | 06/28/2010 | 01/03/2011 | F | 27.1 | $33.75 | $916.07 | $229.02 | $1,145.09 |
| AVILES, AUCENCIO | KITCHEN | 01/02/2006 | 02/06/2008 | F | 109.3 | $33.75 | $3,693.21 | $923.30 | $4,616.51 |
| AVILES, ERWIN | KITCHEN | 03/02/2009 | 05/04/2009 | F | 9.1 | $33.75 | $308.57 | $77.14 | $385.71 |
| AVILES, JOSE R | KITCHEN | 10/13/2008 | 03/09/2009 | F | 21.1 | $33.75 | $713.57 | $178.39 | $891.96 |
| AZAG, BELAID | DELIVERY | 03/07/2011 | 07/06/2011 | F | 17.3 | $33.75 | $588.21 | $147.05 | $735.26 |
| BAH, HENRI J | KITCHEN | 07/05/2011 | 10/24/2011 | F | 16 | $33.75 | $540.00 | $135.00 | $675.00 |
| BENJAMIN, ROMELDA T | SERVER | 06/20/2011 | | D | 43.5 | $11.62 | $507.96 | $126.99 | $634.95 |
| BRIGGS, SHAWN | SERVER | 09/11/2007 | 10/22/2007 | D | 6 | $11.62 | $69.72 | $17.43 | $87.15 |
| BRISTOL, RYAN E | SERVER | 01/10/2006 | 05/18/2006 | D | 18.3 | $11.62 | $214.14 | $53.54 | $267.68 |
| BUSHEY, MICHELLE L | SERVER | 11/03/2008 | 05/14/2012 | D | 180.5 | $11.62 | $2,099.90 | $524.98 | $2,624.88 |
| CARRASCO, OSCAR | RUNNER | 06/28/2010 | 12/05/2011 | E | 75.1 | $15.00 | $1,127.14 | $281.79 | $1,408.93 |
| CARTAGENA, PETER C | KITCHEN | 02/28/2011 | 10/10/2011 | F | 32.1 | $33.75 | $1,084.82 | $271.21 | $1,356.03 |
| CASCO, ADOLFO D | DELIVERY | 04/11/2011 | 05/30/2011 | F | 7.1 | $33.75 | $241.07 | $60.27 | $301.34 |
| CHIAPPETTI, CHLOE R | HOST | 04/04/2011 | 06/05/2011 | F | 9 | $33.75 | $303.75 | $75.94 | $379.69 |
| COMPLETA, GLENN P | SERVER | 11/09/2009 | 08/15/2010 | D | 40 | $11.62 | $464.80 | $116.20 | $581.00 |
| COVAS, JAQUELINE A | BAR | 01/12/2006 | 09/06/2006 | D | 34 | $11.62 | $395.08 | $98.77 | $493.85 |
| CURY, CAROLYN B | HOST | 06/21/2010 | 09/05/2010 | F | 11 | $33.75 | $371.25 | $92.81 | $464.06 |
| CUZCO, FLAVIO | KITCHEN | 01/02/2012 | 01/08/2012 | F | 1 | $33.75 | $33.75 | $8.44 | $42.19 |
| DEMATTEO, ALANA M | SERVER | 01/02/2006 | 05/16/2006 | D | 19.2 | $11.62 | $224.10 | $56.02 | $280.12 |
| DIAZ, DANNY | KITCHEN | 01/11/2010 | 03/08/2010 | F | 8.1 | $33.75 | $274.82 | $68.71 | $343.53 |
| DUNBAR, CHRISTINE E | SERVER | 07/26/2010 | 06/19/2011 | D | 47 | $11.62 | $546.14 | $136.54 | $682.68 |
| DURAN, RAMON H | KITCHEN | 07/30/2007 | 08/13/2007 | F | 2.1 | $33.75 | $72.32 | $18.08 | $90.40 |
| DUTAN, LUIS | KITCHEN | 03/26/2012 | 05/15/2012 | F | 3.5 | $33.75 | $125.36 | $31.34 | $156.70 |
| ESPEJO, OSCAR | KITCHEN | 06/20/2011 | 07/06/2011 | F | 2.3 | $33.75 | $81.96 | $20.49 | $102.45 |
| ESPINOZA, OLMEDO | RUNNER | 02/08/2006 | 06/01/2006 | E | 16.2 | $15.00 | $244.29 | $61.07 | $305.36 |

WHYM CLASS                                                                                                                                         PAGE 2

| CLAIMANT | JOB DESCRIPTION | EMPLOYMENT FROM | DATES TO | PLAN OF ALLOCATION DESIGNATION | RELEVANT TIME PERIOD WORKED HRS | PAY RATE PER WEEK | AMOUNT OF RELEVANT PERIOD WORKED | AMOUNT OF NYLL DISTRIBUTION | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|
| ESTRELLA, EDWARD | KITCHEN | 11/21/2011 | 01/01/2012 | F | 6 | $33.75 | $202.50 | $50.62 | $253.12 |
| FAJARDO, RENE | KITCHEN | 03/12/2007 | 04/09/2007 | F | 4.1 | $33.75 | $139.82 | $34.96 | $174.78 |
| FLORES, ANGEL | KITCHEN | 02/11/2008 | 03/03/2008 | F | 3.1 | $33.75 | $106.07 | $26.52 | $132.59 |
| FLORES, JOSE | KITCHEN | 02/02/2009 | 06/07/2009 | F | 18 | $33.75 | $607.50 | $151.88 | $759.38 |
| FRIAS, KEVIN | KITCHEN | 11/20/2007 | 03/03/2008 | F | 15 | $33.75 | $506.25 | $126.56 | $632.81 |
| FUSCO, SALVATORE | SERVER | 07/11/2011 | 07/24/2011 | D | 2 | $11.62 | $23.24 | $5.81 | $29.05 |
| GONZALES, RAUL | KITCHEN | 06/19/2006 | 06/21/2006 | F | 0.3 | $33.75 | $14.46 | $3.62 | $18.08 |
| GRASSIA, ELVIRA | SERVER | 12/03/2007 | 05/05/2008 | D | 22.1 | $11.62 | $257.30 | $64.32 | $321.62 |
| GREY, ADAM C | SERVER | 07/14/2008 | 07/26/2010 | D | 106.1 | $11.62 | $1,233.38 | $308.34 | $1,541.72 |
| GROHOL, ERICA K | HOST | 02/16/2010 | 06/07/2010 | F | 16 | $33.75 | $540.00 | $135.00 | $675.00 |
| GUARINO, DANIEL E | SERVER | 01/02/2006 | 02/21/2006 | D | 7.2 | $11.62 | $84.66 | $21.16 | $105.82 |
| HAIDARA, MAZOU | KITCHEN | 02/27/2012 | | F | 7.5 | $33.75 | $260.36 | $65.09 | $325.45 |
| HERNANDEZ, RAFAEL | KITCHEN | 12/29/2008 | 08/31/2009 | F | 35.1 | $33.75 | $1,186.07 | $296.52 | $1,482.59 |
| HURLEY, JAMES M | SERVER | 08/31/2009 | 02/28/2011 | D | 78.1 | $11.62 | $908.02 | $227.00 | $1,135.02 |
| JALLOW, SAIT | KITCHEN | 08/11/2008 | 09/01/2008 | F | 3.1 | $33.75 | $106.07 | $26.52 | $132.59 |
| JONES, LUKE T | SERVER | 08/01/2011 | 10/17/2011 | D | 11.1 | $11.62 | $129.48 | $32.37 | $161.85 |
| KOHLBECK, GERALD J | SERVER | 03/15/2006 | 04/27/2006 | D | 6.2 | $11.62 | $73.04 | $18.26 | $91.30 |
| LABATE, GEORGE | KITCHEN | 07/16/2011 | 07/26/2011 | F | 1.4 | $33.75 | $53.04 | $13.26 | $66.30 |
| LEE, RACHAEL R | SERVER | 07/21/2008 | 09/28/2010 | D | 114.2 | $11.62 | $1,328.00 | $332.00 | $1,660.00 |
| LEMA, DARWIN | RUNNER | 01/16/2006 | 03/15/2006 | E | 8.3 | $15.00 | $126.43 | $31.61 | $158.04 |
| LEMA, LUIS F | RUNNER | 05/25/2009 | 06/29/2009 | E | 5.1 | $15.00 | $77.14 | $19.29 | $96.43 |
| LEON, ENRIQUE | DELIVERY | 05/03/2010 | 05/10/2010 | F | 1.1 | $33.75 | $38.57 | $9.64 | $48.21 |
| LOPEZ, ANGEL | BUSPEOPLE | 10/27/2008 | 02/01/2009 | E | 14 | $15.00 | $210.00 | $52.50 | $262.50 |
| LOPEZ, PEDRO | PORTER | 03/23/2006 | 07/29/2008 | F | 122.6 | $33.75 | $4,146.43 | $1,036.61 | $5,183.04 |
| LOPEZ, TOMAS | BUSPEOPLE | 01/04/2007 | 08/05/2008 | E | 82.6 | $15.00 | $1,242.86 | $310.71 | $1,553.57 |
| MCDONALD, PATRICK | SERVER | 12/06/2010 | 03/14/2011 | D | 14.1 | $11.62 | $164.34 | $41.08 | $205.42 |
| MCLEAN, JOHN | KITCHEN | 02/13/2012 | 03/12/2012 | F | 4.1 | $33.75 | $139.82 | $34.96 | $174.78 |
| MCMILLAN, JULIE A | SERVER | 10/12/2009 | 07/12/2011 | D | 91.2 | $11.62 | $1,060.74 | $265.18 | $1,325.92 |
| MENDOZA, SALVADORE | KITCHEN | 04/02/2012 | 04/08/2012 | F | 1 | $33.75 | $33.75 | $8.44 | $42.19 |

WHYM CLASS                                                                                                                                               PAGE 3

| CLAIMANT | JOB DESCRIPTION | EMPLOYMENT FROM | DATES TO | PLAN OF ALLOCATION DESIGNATION | RELEVANT TIME PERIOD WORKED HRS | PAY RATE PER WEEK | AMOUNT OF RELEVANT PERIOD WORKED | AMOUNT OF NYLL DISTRIBUTION | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|
| MIZELL, GEORGE | KITCHEN | 07/30/2007 | 08/13/2007 | F | 2.1 | $33.75 | $72.32 | $18.08 | $90.40 |
| MONROE, DARREN | PORTER | 11/21/2011 | 05/27/2012 | F | 21.5 | $33.75 | $732.86 | $183.21 | $916.07 |
| OLDS, CURT | SERVER | 01/02/2006 | 03/30/2006 | D | 12.4 | $11.62 | $146.08 | $36.52 | $182.60 |
| OLIVOS, ANGEL | KITCHEN | 10/04/2011 | 10/17/2011 | F | 2 | $33.75 | $67.50 | $16.88 | $84.38 |
| ORTIZ, JOSE | KITCHEN | 03/30/2006 | 07/05/2006 | F | 14 | $33.75 | $472.50 | $118.12 | $590.62 |
| ORTIZ, LUIS | KITCHEN | 03/05/2012 | 03/25/2012 | F | 3 | $33.75 | $101.25 | $25.31 | $126.56 |
| ORTIZ, VICTOR | KITCHEN | 06/19/2006 | 08/02/2006 | F | 6.3 | $33.75 | $216.96 | $54.24 | $271.20 |
| PERALTA, SIXTO | KITCHEN | 03/05/2007 | 03/26/2007 | F | 3.1 | $33.75 | $106.07 | $26.52 | $132.59 |
| PEREZ-ROMERO, NICOLAS | KITCHEN | 02/13/2012 | 04/02/2012 | F | 7.1 | $33.75 | $241.07 | $60.27 | $301.34 |
| REDLAWSK, ANDREW P | SERVER | 07/14/2011 | 10/24/2011 | D | 14.5 | $11.62 | $170.98 | $42.74 | $213.72 |
| REYES, JAVIER A | KITCHEN | 06/06/2011 | 07/06/2011 | F | 4.3 | $33.75 | $149.46 | $37.37 | $186.83 |
| RODRIGUEZ, OSCAR | KITCHEN | 03/05/2007 | 04/24/2007 | F | 7.2 | $33.75 | $245.89 | $61.47 | $307.36 |
| SANCHEZ, SERVANDO | KITCHEN | 10/10/2011 | 11/28/2011 | F | 7.1 | $33.75 | $241.07 | $60.27 | $301.34 |
| SAWH, CARMEN I | KITCHEN | 01/31/2011 | 03/15/2011 | F | 6.2 | $33.75 | $212.14 | $53.04 | $265.18 |
| SCHUH, OLIVIA M | SERVER | 11/02/2009 | 09/21/2010 | D | 46.2 | $11.62 | $537.84 | $134.46 | $672.30 |
| SINGH, RICHARD G | KITCHEN | 04/16/2007 | 10/22/2007 | F | 27.1 | $33.75 | $916.07 | $229.02 | $1,145.09 |
| STERN, JESSE D | BAR | 10/01/2007 | 09/05/2010 | D | 153 | $11.62 | $1,777.86 | $444.46 | $2,222.32 |
| THOMPSON, JEFFREY R | SERVER | 04/06/2009 | 08/31/2010 | D | 73.2 | $11.62 | $851.58 | $212.90 | $1,064.48 |
| TRAVIS, EDWARD Z | HOST | 09/13/2010 | 10/17/2011 | F | 57.1 | $33.75 | $1,928.57 | $482.14 | $2,410.71 |
| VANNUCCI, RACHEL A | SERVER | 02/07/2006 | 05/10/2006 | D | 13.2 | $11.62 | $154.38 | $38.60 | $192.98 |
| WIENER, JONATHAN | SERVER | 09/22/2008 | 11/18/2009 | D | 60.3 | $11.62 | $702.18 | $175.54 | $877.72 |
| YOUNG, ROBERT | KITCHEN | 01/02/2012 | 06/28/2012 | F | 15.5 | $33.75 | $530.36 | $132.59 | $662.95 |
| YUQUILIMA, JAIME B | KITCHEN | 05/04/2009 | 09/28/2009 | F | 21.1 | $33.75 | $713.57 | $178.39 | $891.96 |
| | | | | | 2470.5 | | $48,129.72 | $12,032.45 | $60,162.17 |